JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| LaToya Diamond, | ) | 8:19-cv-02367-JVS-ADS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL UPON |
| | ) | SETTLEMENT OF CASE |
| v. | ) | |
| | ) | |
| Target Corporation et al, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |
| _____ | ) | |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    **IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 150 days, to reopen the action if settlement is not consummated.


DATED: January 31, 2020

                            James V. Selna
                      United States District Judge