**Benjamin R. Trachtman, Esq. [SBN 137458]**
btrachtman@trachtmanlaw.com
**Kelli A. Trachtman, Esq. [SBN 136888]**
**TRACHTMAN & TRACHTMAN, LLP**
19732 MacArthur Boulevard, Suite 100
Irvine, CA 92612
Telephone: (949) 282-0100
Facsimile: (949) 282-0111

Attorneys for Defendant Target Corporation

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaToya Diamond,<br><br>Plaintiff,<br><br>vs.<br><br>Target Corporation; DOES 1 TO 50,<br><br>Defendants. | **CASE NO. 8:19-cv-2367 JVS (ADSx)**<br><br>**ORDER RE: STIPULATION OF DISMISSAL [FRCP 41(a)(1)]** |

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal entered into between counsel for Plaintiff and Defendant filed on April 1, 2020 be entered as a matter of record, and the above-captioned action of "LaToya Diamond, Plaintiff vs. Target Corporation; DOES 1 TO 50, Defendants," Case No. 8:19-cv-2367 JVS (ADSx); formerly known as Case No. 30-2019-01093474-CU-PO-CJC in the

///

///

///

| | |
|---|---|
| 1 | Superior Court of the State of California, County of Orange, be, and is, hereby |
| 2 | dismissed in its entirety, with prejudice, pursuant to FRCP 41(a)(1). |
| 3 | |
| 4 |     IT IS SO ORDERED. |
| 5 | |
| 6 | DATED: 4/1/20    _____ |
| 7 |                     Honorable James V. Selna<br>                    United States District Judge |

# PROOF OF SERVICE
# FRCP 5

I, Erika Sorensen, the undersigned, am over the age of 18 years and not a party to this action. I am employed with the law firm of Trachtman & Trachtman, LLP, whose address is 19732 MacArthur Boulevard, Suite 100, Irvine, CA 92612.

On April 1, 2020, I served the interested parties in this action with the following documents:

**[PROPOSED] ORDER RE: STIPULATION OF DISMISSAL**
**[FRCP 41(a)(1)]**

as follows:

| *[X] BY ELECTRONIC TRANSMISSION:* | jlange@jlangelaw.com<br>**Attorney for Plaintiff** |
|---|---|
| I caused such document to be electronically transmitted via United States District Court, Central District of California, which is then printed and maintained with the original documents in our office. ||

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on April 1, 2020, at Mission Viejo, California.

*/s/ Erika Sorensen*
Erika Sorensen, Declarant